NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000508
16-SEP-2013
09:44 AM**

NO. CAAP-12-0000508

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KAPENA A.R. GOWAN, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Ewa Division)
(CASE NO. 1DTA-11-03274)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation For Dismissal of Appeal, filed September 3, 2013, by Defendant-Appellant Kapena A.R. Gowan, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by Defendant-Appellant and counsel for all parties; (2) the parties seek dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c); and (3) the declaration required by HRAP Rule 42(c) is attached to the stipulation.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 16, 2013.

Chief Judge

Associate Judge

Associate Judge